## CAROLINE H. JONES v. ANSON HOBSON.

### *New Trial.*

A judgment will not be reversed for the failure of the court below to enforce the condition upon which it has denied a motion for a new trial. The denial is matter of discretion.

Error to Saginaw. Submitted April 18. Decided June 12.

ASSUMPSIT on a building contract. Plaintiff below recovered on a verdict, and had judgment for the amount found in his favor less a remitter filed by him as a condition to the denial by the court of a motion made by the defendant for a new trial. Defendant brought error.

*D. W. C. Gage* (on briefs) for plaintiff in error.

*Camp & Brooks* (on briefs) for defendant in error.

COOLEY, C. J. The careful presentation of this case on the part of the plaintiff in error, has merited and received at our hands an equally careful examination of the record and the points made; but we are not satisfied that any error appears which would justify a reversal of the judgment. Neither are there any legal questions which demand an examination on authorities. The principles involved are simple, and the questions are of their proper application to the facts. The record indeed fails to explain why, when the judge denied a motion for a new trial on condition that the plaintiff should remit from the verdict a certain sum, the full sum was not remitted, but as the denial was matter of discretion, we cannot reverse the judgment because the judge failed to hold the plaintiff strictly to the condition. It is not by the record made clear to our minds that the remitter was demandable because of any previous error.

Affirmed.

The other Justices concurred.